IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSIE J. LOGAN,

    Petitioner,

-vs-

BILLIE J. MICHAEL,

    Respondent.                    No. 12-cv-303-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 2, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted in its entirety.  Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** with prejudice.

    **Dated**: July 2, 2013

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY:  *s/Sara Jennings*
                                       Deputy Clerk

David R. Herndon
2013.07.02 16:39:07 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT